UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>                              Plaintiff,<br><br>   v.<br><br>CARYN VERTUCCI, D.D.S., *et al.*,<br><br>                              Defendants. | Case No. C13-640-RSL<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, plaintiff's cross-motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. 30) is GRANTED and plaintiff's cross-motion for summary judgment (Dkt. No. 42) is DENIED.

ORDER RE: CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 1

1  (3) Plaintiff's complaint (Dkt. 7) and this action are DISMISSED with prejudice.

2  (4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

3 defendants, and to the Honorable James P. Donohue.

DATED this 29th day of May, 2014.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER RE: CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 2