The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>                Plaintiff,<br><br>v.<br><br>CARYN VERTUCCI, D.D.S.,<br><br>                Defendant. | Case No. 2:13-cv-00640-RSL<br><br>**JOINT STIPULATION TO ADD KING COUNTY AS DEFENDANT**<br><br>Clerk's Action Required |

The parties hereby stipulate that King County be substituted for Caryn Vertucci as the defendant in this case. The King County Prosecuting Attorney's Office, by and through undersigned counsel and on behalf of King County, consents to King County being added as a defendant in this lawsuit.

DATED: January 20, 2017

LANE POWELL PC

By /s/ David W. Howenstine
David W. Howenstine, WSBA No. 41216
Heidi C. Anderson, WSBA No. 37603
David C. Spellman, WSBA No. 15884
Barbara J. Duffy, WSBA No. 18885

Pro Bono Counsel for Anthony G. Herbert

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By /s/ Richard L. Anderson
(per e-mail authorization)
Richard L. Anderson, WSBA No. 25115
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney
500 Fourth Avenue, Suite 900
Seattle, WA. 98104

Counsel for Caryn Vertucci, D.D.S., and King County

---

STIPULATION TO ADD KING COUNTY AS DEFENDANT
(No. 2:13-cv-00640-RSL) - 1

130137.0001/6808377.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

IT IS SO ORDERED. The stipulation is approved. King County is added as a defendant in this lawsuit. The Clerk's Office is directed to update the docket accordingly.

DATED this 25th day of January, 2017.

*[signature]*

The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION TO ADD KING COUNTY AS DEFENDANT
(No. 2:13-cv-00640-RSL) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130137.0001/6808377.1