The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>              Plaintiff,<br><br>v.<br><br>CARYN VERTUCCI, D.D.S.,<br><br>              Defendants. | Case No. 2:13-cv-00640-RSL<br><br>**STIPULATION TO DISMISS CARYN VERTUCCI**<br><br>Clerk's Action Required |

Plaintiff Anthony G. Herbert and defendants King County and Caryn Vertucci, D.D.S., hereby stipulate to the dismissal of all claims against Dr. Vertucci, with prejudice.

DATED: January 20, 2017

LANE POWELL PC

By /s/ David W. Howenstine
   David W. Howenstine, WSBA No. 41216
   Heidi C. Anderson, WSBA No. 37603
   David C. Spellman, WSBA No. 15884
   Barbara J. Duffy, WSBA No. 18885

Pro Bono Counsel for Anthony G. Herbert

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By /s/ Richard L. Anderson
   (per e-mail authorization)
   Richard L. Anderson, WSBA No. 25115
   Senior Deputy Prosecuting Attorney
   King County Prosecuting Attorney
   500 Fourth Avenue, Suite 900
   Seattle, WA. 98104

Counsel for Caryn Vertucci, D.D.S., and King County

STIPULATION TO DISMISS CARYN VERTUCCI
(No. 2:13-cv-00640-RSL) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130137.0001/6808459.1

## ORDER

IT IS SO ORDERED. The stipulation is approved. The claims against Defendant Caryn Vertucci, D.D.S., are hereby dismissed with prejudice.

DATED this 25th day of January, 2017.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION TO DISMISS CARYN VERTUCCI
(No. 2:13-cv-00640-RSL) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130137.0001/6808459.1