The Honorable Robert S. Lasnik
United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>                 Plaintiff,<br><br>    vs.<br><br>CARYN VERTUCCI, D.D.S.; SASKIA SCHAFFER, R.N.; CHRISTOPHER DERRAH, R.N.; SEAN DUMAS, P.H.S.S.; MEPA DE SAI, D.D.S.; DEBRA BECKMAN, A.R.N.P.; individually and in their official capacities,<br><br>                 Defendants. | No. C13-640-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED between the plaintiffs and all defendants, parties to the above-entitled action that the same be dismissed with prejudice as to the all defendants and without costs and attorney's fees.

DATED this 26th day of January, 2017.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

STIPULATION AND ORDER
OF DISMISSAL (C13-640-RSL-JPD) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

*/s/David Howenstine*_____
DAVID HOWENSTINE, WSBA #41216
Lane Powell PC
Attorney for Plaintiff

By: */s/ Richard L. Anderson*_____
RICHARD L. ANDERSON, WSBA #25115
Senior Deputy Prosecuting Attorney
Attorneys for Defendants

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby DISMISSED WITH PREJUDICE against all defendants without costs or attorneys fees.

DONE IN OPEN COURT this 2nd day of February, 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: */s/ Richard L. Anderson*_____
RICHARD L. ANDERSON, WSBA #25115
Senior Deputy Prosecuting Attorney
Attorneys for Defendant

STIPULATION AND ORDER
OF DISMISSAL (C13-640-RSL-JPD) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1

2  Copy received; approved as to form;
Notice of presentation waived:

3

4

5  */s/David Howenstine*_____
DAVID HOWENSTINE, WSBA #41216
Lane Powell PC

6  Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER
OF DISMISSAL (C13-640-RSL-JPD) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819